SAM SALTZMAN, Appellant, *v.* CITY OF NEW YORK, Respondent. JEROME POULTRY CORPORATION, Appellant, *v.* CITY OF NEW YORK, Respondent.

Supreme Court, Appellate Term, First Department, February 17, 1948.

*Robert Halpern* and *Milton E. Sahn* for appellants.

*John P. McGrath, Corporation Counsel* (*David M. Fuchs* and *Seymour B. Quel* of counsel), for respondent.

MEMORANDUM *Per Curiam.* The enactment sought to be questioned is a reasonable exercise of the police power and is constitutional. The evidence of the prior conviction of an " infraction " or " offense " was not competent (Civ. Prac. Act, § 350; N. Y. War Emergency Act, § 100, subd. [d] ; L. 1942,

ch. 544). It cannot be said this evidence on the sharp issue of weight and credibility of plaintiffs' testimony did not prejudice plaintiffs. Accordingly, the verdict was against the weight of the evidence. (*Hull* v. *Littauer*, 162 N. Y. 569.)

The judgments should be reversed and new trial ordered, with costs to appellants to abide the event.

HAMMER, CHURCH and EDER, JJ., concur.

Judgments reversed, etc.